```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | Crim. No. 09-307 (JLL) |
| v. | : | |
| | : | CONTINUANCE ORDER |
| MIRSAD KOLASINAC and | : | |
| RASIM CORHAMZIC | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by David E. Malagold, Assistant U.S. Attorney), and defendants Mirsad Kolasinac (by Michael Robbins, Esq.) and Rasim Corhamzic (by Henry Klingeman, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware they have the right to have the matter brought to trial within 70 days of the date of the indictment pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have requested and consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    i. Plea negotiations regarding a possible disposition are currently in progress, and both the United States and the defendants desire additional time to meet and confer regarding a disposition, which would render trial of this matter unnecessary and

        save judicial resources;

ii. Defendants have consented to and requested the aforementioned continuance;

iii. Counsel for the defendants requests additional time to investigate and prepare the case;

iv. Pursuant to Title 18 of the United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

v. Pursuant to Title 18 of the United States Code, Section 3161(h)(8)(B)(i), failure to grant this continuance would result in a miscarriage of justice; and

vi. Pursuant to Title 18 of the United States Code, Section 3161(h)(8)(B)(iv), failure to grant this continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, on this 6th day of November, 2009.

IT IS ORDERED that trial in this matter is continued from November 2, 2009 to January 4, 2010.

IT IS FURTHER ORDERED that the period from the date of this order through January 4, 2010, inclusive, shall be excludable in

computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(6);

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

Motions must be filed by _Nov. 30, 2009_
Responses due _Dec. 14, 2009_
Replies due _Dec. 28, 2009_
A hearing shall be held on _Jan. 4, 2010_

---
HON. JOSE L. LINARES
United States District Judge

Consented to by:

---
MICHAEL ROBBINS, ESQ.
Counsel for defendant Mirsad Kelasinac

---
HENRY KLINGEMAN, ESQ.
Counsel for defendant Rasim Corhamzic

---
DAVID E. MALAGOLD
Assistant U.S. Attorney

computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8);

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

Motions must be filed by _Nov. 30, 2009_.
Responses due _Dec. 14 2009_
Replies due _Dec. 28 2009_
A hearing shall be held on _Jan. 4, 2010_

---
HON. JOSE L. LINARES
United States District Judge

Consented to by:

---
MICHAEL ROBBINS, ESQ.
Counsel for defendant Mirsad Kolasinac

_[signature]_ 10/5/09
HENRY KLINGEMAN, ESQ.
Counsel for defendant Rasim Corhamzic

---
DAVID E. MALAGOLD
Assistant U.S. Attorney

computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8);

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

Motions must be filed by _Nov. 30, 2009_.
Responses due _Dec 14, 2009_
Replies due _Dec. 28, 2009_
A hearing shall be held on _Jan. 4, 2010_

_____
HON. JOSE L. LINARES
United States District Judge

Consented to by:

_____
MICHAEL ROBBINS, ESQ.
Counsel for defendant Mirsad Kolasinac


_____
HENRY KLINGEMAN, ESQ.
Counsel for defendant Rasim Corhamzic

_____
DAVID E. MALAGOLD
Assistant U.S. Attorney